**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TAMMY KALGAARD,
Plaintiff,

v.

Civil No. 00-1174 (DWF/AJB)

HEYDE HOSPITALITY, INC.,
PATRICK ADDERLEY,
Defendants.

---

**ORDER FOR REASSIGNMENT OF RELATED CASES**

ERIN WHEELER,
Plaintiff,

v.

Civil No. 00-1555 (ADM/AJB)

HEYDE HOSPITALITY, INC.,
Defendant.

Case No. 00-1174 having been assigned to Judge Donovan W. Frank and Case No. 00-1555 having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 1555 be assigned to Judge Donovan W. Frank, nunc pro tunc, by use of a card on the Civil Rights List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July 18th, 2000

DONOVAN W. FRANK
Judge of United States District Court

Dated: July 21, 2000

ANN D. MONTGOMERY
Judge of United States District Court

FILED 7-20-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK