**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Erin Wheeler,

Plaintiff,

v.

Heyde Hospitality, Inc., d/b/a Park Inn and Suites, a Wisconsin Corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 00-1555 DWF/AJB

---

A settlement agreement having been reached, it is herby stipulated and agreed by and between the parties to the above entitled matter, through their respective undersigned counsel, that the same may be and hereby is:

DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further cost to any party.

NICHOLS, KASTER & ANDERSON, PLLP

Dated: 2-27-02

By ____________________
Donald H. Nichols, (#78918)
Steven Andrew Smith (#260836)
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Attorneys for Plaintiff Erin Wheeler

FILED MAR 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

GREENE ESPEL, PLLP

Dated: 2/27/02

By [signature]
Jacqueline A. Mrachek (#216434)
333 South 7th Street
Suite 1700
Minneapolis, MN 55402

Attorney for Defendant Heyde Hospitality, Inc., d/b/a Park Inn and Suites

**ORDER FOR DISMISSAL**

BASED UPON the Stipulation of the parties, the above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further costs to any party.

Date: 3/1/02

[signature]
DONOVAN W. FRANK
U.S. District Court Judge